

lant; Kirkland, Fleming, Green, Martin & Ellis, for appellee; David Jacker, and Charles M. Rush, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed June 9, 1952; released for publication June 30, 1952.

## Clare Freehill, Appellee, v. Benjamin J. Gorny and S. Charles Bubacz, Defendants. On Appeal of Benjamin J. Gorny, Appellant.

### Gen. No. 45,781. 

 Sol I. Dvorkin, for appellant; Church, Good, Bobinette & Lewis, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed June 9, 1952; released for publication June 30, 1952.

## William W. Heise, Appellant, v. Chicago Board of Underwriters, Appellee.

### Gen. No. 45,785.